UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:23-cr-00123-JRS-MG ) |
| DONTORIA GILBERT, | ) -07 ) |
| Defendant. | ) ) |

**ENTRY SETTING PLEA HEARING**

Defendant, Dontoria Gilbert, has entered a petition to enter a plea of guilty in the above-referenced cause. The plea will be taken on **August 20, 2025 at 1:00 p.m. (ET)**, in Room 202 of the Birch Bayh Federal Building and U.S. Courthouse, 46 E. Ohio Street, Indianapolis, Indiana. Sentencing will be set at a later date.

Date: 6/17/2025

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.